# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 27, 2013

### NO. 03-11-00802-CV

**Southwest Pharmacy Solutions, Inc. d/b/a American Pharmacies, Appellant**

**v.**

**Texas Health and Human Services Commission; and Kyle Janek,**
**solely in his official Capacity as Executive Commissioner of the**
**Texas Health and Human Services Commission, Appellees**

**APPEAL FROM 126TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES PURYEAR, PEMBERTON, AND HENSON;**
**JUSTICE HENSON NOT PARTICIPATING**
**AFFIRMED -- OPINION BY JUSTICE PEMBERTON**

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, because it is the opinion of this Court that there was no error in the district court's judgment: **IT IS THEREFORE** considered, adjudged and ordered that the judgment of the district court is in all things affirmed. It is **FURTHER** ordered that the appellant pay all costs relating to this appeal, both in this Court and the court below; and that this decision be certified below for observance.